# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WALTER PALMER,** : | |
|    Petitioner, : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-CV-5091** |
| : | |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA,** : | |
|    Respondent. : | |

## ORDER

AND NOW, this 14th day of January, 2021, upon consideration of Petitioner Walter Palmer's petition for writ of *habeas corpus* (ECF No. 1), and it appearing that the petition relates to Palmer's 1996 conviction and is therefore successive, it is **ORDERED** that:

1. The petition is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction; and

2. The Clerk of Court shall **CLOSE** this matter.

                          **BY THE COURT:**

                          */s/* **C. Darnell Jones, II**
                          **C. Darnell Jones, II   J.**